404

Argued November 28, affirmed November 28, 1972

STATE OF OREGON, *Respondent, v.* TIMOTHY
ARLEN WANNASSAY (No. C-72-03-0896 Cr),
*Appellant.*

502 P2d 1392

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.